UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMIE M. BROOKS                                                                    PLAINTIFF

V.                                    3:17CV00085 JLH/JTR

STEVE ROREX, Jail Administrator,
Poinsett County Detention Center, et al.                                          DEFENDANTS

# ORDER

Plaintiff Jeremie Brooks ("Brooks") is a pretrial detainee in the Poinsett County Detention Center. He has filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights. *Docs. 2 & 5.* Before Brooks may proceed with this action, the Court must screen his allegations.[1]

Brooks alleges that, since December of 2016, Defendants Jail Administrator Rorex ("Rorex"), Assistant Jail Administrator Muse ("Muse"), Captain Hitts ("Hitts'), and Sheriff Larry Mills ("Mills") have: (1) subjected him to inhumane conditions of confinement; and (2) denied him adequate medical care for the

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

1

respiratory problems, sore throat, nausea, and dizzy spells that he has suffered as a result of living in those inhumane conditions. *Docs. 2 & 5.* The Court concludes, *for screening purposes only*, that Brooks has plead viable § 1983 claims against Rorex, Muse, Hitts, and Mills.

IT IS THEREFORE ORDERED THAT:

1. Brooks may proceed with his inhumane conditions of confinement and inadequate medical care claims against Rorex, Muse, Hitts, and Mills.

2. The Clerk is directed to prepare a summons for Rorex, Muse, Hitts, and Mills. The U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order on them without prepayment of fees and costs or security therefor.[2]

Dated this 30th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If any of the Defendants are no longer Poinsett County employees, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known private mailing address.