# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMIE M. BROOKS,
ADC #660149                                                                    PLAINTIFF

V.                              3:17CV00085 JLH/JTR

STEVE ROREX, Jail Administrator,
Poinsett County Detention Center, et al.                                        DEFENDANTS

# ORDER

Service on Defendant Kim Muse has been returned unexecuted because she no longer works for the Poinsett County Detention Center. *Doc. 13.* Defendants must file, **on or before August 22, 2017**, a **SEALED** statement providing Defendant Muse's last known private mailing address.

IT IS SO ORDERED THIS 14th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1