UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMIE M. BROOKS,
ADC #660149                                                                PLAINTIFF

V.                          3:17CV00085 JLH/JTR

STEVE ROREX, Jail Administrator,
Poinsett County Detention Center, et al.                              DEFENDANTS

## ORDER

The Clerk is directed to prepare a summons for Defendant Kim Muse at her sealed private mailing address. *Doc. 15.* The U.S. Marshal is directed to serve the summons, Complaint, Amended Complaint, and May 30, 2017 Order *(Doc. 6)* on Defendant Muse without prepayment of fees and costs or security therefor. Defendant Muse's private mailing address **must be redacted from the return of service and all other public portions of the record.**

IT IS SO ORDERED THIS 15th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

1