UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMIE M. BROOKS,
ADC #660149                                                                              PLAINTIFF

V.                            3:17CV00085 JLH/JTR

STEVE ROREX, Jail Administrator,
Poinsett County Detention Center, et al.                                    DEFENDANTS

# ORDER

On August 24, 2017, mail sent to Plaintiff was returned undelivered because he has been released from the Poinsett County Detention Center without providing a forwarding address. *Doc. 17.* In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis.* Additionally, the Court and Defendants must have Plaintiff's current mailing address. *See* Local Rule 5.5(c)(2).

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff a freeworld Application to Proceed *In Forma Pauperis.*

2. Plaintiff must file, **on or before September 25, 2017,** a: (a) Notice containing his current mailing address and a statement indicating his desire to continue with this lawsuit; and (b) a freeworld Application to Proceed *In Forma*

1

*Pauperis*. If Plaintiff does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED THIS 25th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE