IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMIE M. BROOKS, ADC #660149                                              PLAINTIFF

V.                          No. 3:17CV00085 JLH/JTR

STEVE ROREX, Jail Administrator,
Poinsett County Detention Center, et al.                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED 27th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE